JOHN H. MCGILL, Respondent, v. ESTHER B. MCGILL, Appellant.—

Motion granted and order of reversal amended by inserting findings of fact and conclusions of law in accordance with opinion of Merrell, J. Hubbs, J., not sitting. (See 179 App. Div. 343.)